# THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| PRADHEEP CHHALLIYIL,<br><br>    Plaintiff,<br><br>v.<br><br>FOODCHAIN ID GROUP, INC., a Delaware corporation doing business in Iowa, and HEATHER SECRIST, individually and in her corporate capacities,<br><br>    Defendants | CASE NO.:<br><br>**NOTICE OF REMOVAL OF ACTION FROM THE IOWA DISTRICT COURT FOR JEFFERSON COUNTY, CASE NO. LALA004413 BASED ON 28 U.S.C. 1331 and 1446** |

PLEASE TAKE NOTICE that Defendants Foodchain ID Group, Inc. and Heather Secrist, individually and in her corporate capacities, pursuant to 28 U.S.C. §§ 1331 and 1446, file this Notice of Removal based on Federal Question Jurisdiction to remove to the United States District Court for the Southern District of Iowa, Central Division, an action initiated against them in the Iowa District Court for Jefferson County. Removal of this action is based on the following:

1. Plaintiff Pradheep Chhalliyil ("Chhalliyil") filed an action in the Iowa District Court in and for Jefferson County, Iowa on or around August 10, 2020. Defendants were served on August 26, 2020 and have timely filed a Notice of Removal pursuant to 28 U.S.C. § 1446(b).

2. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 81(a), copies of all pleadings and orders filed in the state court case are attached hereto and marked as Exhibit A.

3. Pursuant to 28 U.S.C. § 1446(d), Defendants have furnished a copy of this Notice of Removal to the Clerk of the District Court in Story County and to counsel for Plaintiff.

4. No further or other proceedings have been filed in the Iowa District Court for Jefferson County relating to this action that will require resolution by this Court as of the date of filing this Notice of Removal pursuant to Local Rule 81(a)(2).

5. By filing this Notice of Removal, Defendants do not waive any defenses that may be available to them and expressly reserve all such defenses, objections, and motions.

## Venue

6. The Southern District of Iowa, Central Division, is the federal district embracing Jefferson County, where the suit was originally filed. Venue, therefore, is appropriate in this district, pursuant to 28 U.S.C. § 1441(a).

## Basis of Removal – Federal Question Jurisdiction

7. This action may be properly removed pursuant to 28 U.S.C. § 1331. The Complaint explicitly sets forth a cause of action, specifically a violation of Title VII of the Civil Rights Act of 1964, which arises under the federal laws of the United States. (*See* Exhibit A, ¶¶ 40-42).

8. Plaintiff also asserts state law claims of discrimination, which fall within the Court's supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Accordingly, by virtue of 28 U.S.C. § 1441(c), Defendants are entitled to remove this case to this Court.

9. This Notice of Removal is timely because it is filed within thirty (30) days of when Defendants were served the Original Notice and Petition and within one year of the date the action was commenced, in accordance with 28 U.S.C. § 1446(b)

**WHEREFORE**, in accordance with the statutory authority set forth above, Defendants hereby remove this action from the Iowa District Court for Jefferson County, Jefferson County, Iowa to the United States District Court for the Southern District of Iowa, Central Division.

*/s/ Michele L. Brott*
Michele L. Brott AT0010068
Katie E. Anderegg AT0013357
DAVIS, BROWN, KOEHN, SHORS
& ROBERTS, P.C.

215 10th Street, Suite 1300
Des Moines, IA  50309
Telephone:  (515) 288-2500
Fax:  (515) 243-0654
MicheleBrott@davisbrownlaw.com
KatieAnderegg@davisbrownlaw.com

ATTORNEYS FOR DEFENDANTS

Copies to:

Gregory F. Greiner AT0003094
5550 Wild Rose Lane, Suite 400
West Des Moines, IA 50266
Telephone: (515) 650-4399
Facsimile: (515) 650-4388
Email: greg@recovery-lawyers.com

ATTORNEY FOR PLAINTIFF

---

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on September 22, 2020 by:

☐ U.S. Mail         ☐ FAX
☐ Hand Delivered    ☐ Overnight Courier
☐ Federal Express   ☒ Other: EDMS

Signature /s/Michele L. Brott